Case 1:24-cv-05801-ALC   Document 11   Filed 11/27/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/27/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P., *et al.*<br><br>                    **Plaintiffs,**<br><br>          -against-<br><br>Department of Education, *et al.*,<br><br>                    **Defendants.** | 24-CV-05801 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's Answer. ECF. No 10. Pursuant to Defendant's September 17, 2024 letter seeking an extension for the filing of its Answer, Defendant indicated that the Parties would provide on November 25, 2024 a Joint Status Report about the status of settlement negotiations. ECF No. 8. The Parties failed to do so. The Parties are **ORDERED** to submit to the Court a Joint Status Report about the status of the settlement on or before December 6, 2024.

**SO ORDERED.**

Dated:    November 27, 2024
             New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**