**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| P., *et al.* <br><br> Plaintiffs, <br><br> -against- <br><br> Department of Education, *et al.*, <br><br> Defendants. | 24-CV-05801 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties indicated that they would provide on January 6, 2025 a Joint Status Report about the status of settlement negotiations or proposing a briefing schedule. ECF No. 13. The Parties failed to do so. The Parties are **ORDERED** to submit to the Court a Joint Status Report about the status of the case on or before February 7, 2025.

**SO ORDERED.**

Dated:  January 30, 2025
        New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            United States District Judge